```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
DIANA CADAVID, *individually and on behalf of others* :
*similarly situated, et al.*, :
: 1:23-cv-08673-GHW
Plaintiffs, :
: ORDER
-v – :
:
QUE CHEVERE LES LLC, *doing business as Que* :
*Chevere, et al.*, :
:
Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     Plaintiffs Diana Cadavid, Lizeth Johana Casas Payan, Alejandro Aguirre Martinez, John Jairo Montero Arce, and Pablo Ramirez filed this case on October 3, 2023, as a putative Fair Labor Standards Act collective action. Dkt. No. 1. Since then, Plaintiffs have served all three named Defendants. No Defendant has appeared in this case.

     Plaintiffs are ORDERED to submit a letter no later than **February 9, 2024,** updating the Court about the status of this case and how Plaintiffs intend to proceed.

     SO ORDERED.

Dated: February 2, 2024
      New York, New York

                                                                            GREGORY H. WOODS
                                                         United States District Judge