USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2024

# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
mary@csm-legal.com  

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620  

**MEMORANDUM ENDORSED**

**VIA ECF**                                                                          February 21, 2024

Honorable Gregory H. Woods  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312  

      Re: <u>Cadavid et al v. Que Chevere Les LLC et al.</u>  
            23-cv-08673-GHW  

Your Honor:

      This office represents the Plaintiffs in the above referenced matter. I write to respectfully request a brief extension of the February 21, 2024 deadline to file for leave to amend complaint or request default.

      After careful review of the potential clients' claims against Defendants, our office has decided to represent two additional Plaintiffs. Therefore, we intend to file a motion to amend the complaint and respectfully request an additional two weeks to finalize the application.

      The Plaintiffs thank the court for their attention to this matter.

                                                Respectfully Submitted,

                                                /s/ Mary Bianco  
                                                Mary Bianco, Esq.

---

Application granted.  Plaintiffs' application for an extension of time to either (1) seek leave to amend the complaint or (2) apply for an order to show cause for why default judgment should not be entered, Dkt. No. 20, is granted.  The deadline for Plaintiffs to move for leave to amend the complaint is extended to March 6, 2024.  If no leave to amend is sought, the Court expects Plaintiffs to file a request for an order to show cause for default judgment (after obtaining the entry of default, as needed), in accordance with the Court's Individual Rules of Practice in Civil Cases by March 6, 2024.  The Court directs Plaintiffs to comply in the future with the Court's Individual Rule 1(E), which requires requests for extensions of time to be made at least two business days prior to the original due date.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: February 21, 2024  
New York, New York  

                                            _____  
                                                GREGORY H. WOODS  
                                              United States District Judge